**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

W.L.G..,

       *Petitioner*,

v.

Thomas DECKER, et al.,

       *Respondents*.

CASE NO. __21 Civ. 4014__

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO PROCEED USING INITIALS**

Petitioner's motion to proceed using his initials is GRANTED.

**IT IS SO ORDERED.**

Dated: May _7_, 2021
New York, New York

                    _____
                    Edgardo Ramos
                    United States District Judge